NATHAN RUBIN, Appellant, *v.* REX COLE, INC., Respondent.

Argued April 24, 1942; decided May 28, 1942.

*Lawrence E. Brinn* for appellant.

*Norman W. Arnheim* and *Joseph A. Schaines* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.